It has not been shown that appellant's property is separated from Beechwood avenue by part of another street legally established, or that his property has ever been assessed for the improvement of such street.  The ordinance on which he relies never became effective for any purpose.  While it appears to have been introduced in councils and partially acted on, it does not appear to have become operative.

The objection that a majority in interest and number of the property owners did not sign the petition to councils was not made in the court below, nor is it embraced in any of the specifications of error.  It might be well dismissed with the remark that it is not properly on the record.  Treating it as properly before us, however, it is still without merit.  The 10th section of the Act of May 16, 1891, makes special provision for raising this objection by proceedings on the ordinance, under penalty of estoppel.  As to the vital importance of definitively settling such questions in the outset, Mr. Justice SHARSWOOD, in Erie v. Bootz, 72 Pa. 200, said: "It is not only important that this should be settled, but that the question of the numbers should be conclusively determined before the expense of the improvement should be incurred.  If it was left open for contest no street could be paved without leading to controversy on the subject."  The question as to whether a majority in interest and number of the property owners signed the petition to councils in this case is set at rest by the act of 1891.

We are all of opinion that there is no error in the decree of the court below.

Decree affirmed and appeal dismissed at appellant's costs.

---

In re Beechwood Avenue.    Appeal of Michael Harrison.

Argued Oct. 26, 1899.  Appeal, No. 105, Oct. T., 1899, by Michael Harrison, from order of C. P. No. 3, Allegheny Co., Nov. T., 1898, No. 262, overruling exceptions to report of viewers.  Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL, DEAN, FELL and BROWN, JJ.  Affirmed.

OPINION BY MR. CHIEF JUSTICE STERRETT, Dec. 30, 1899:

This is one of five appeals from the decree in Beechwood avenue dismissing exceptions and confirming the report of viewers, all of which involved substantially the same questions and were argued together.

For reasons given in an opinion just filed in one of said cases, viz: Roger O'Mara's Appeal, ante, p. 86, the decree in this case is affirmed and the appeal is dismissed at appellant's costs.

---

## In re Beechwood Avenue. Appeal of John P. Ober.

Argued Oct. 26, 1899.   Appeal, No. 106, Oct. T., 1899, by John P. Ober, from order of C. P. No. 3, Allegheny Co., Nov. T., 1898, No. 262, overruling exceptions to report of viewers.   Before STERRETT, C. J., GREEN, MCCOLLUM, MITCHELL, DEAN, FELL and BROWN, JJ.   Affirmed.

OPINION BY MR. CHIEF JUSTICE STERRETT, Dec. 30, 1899:

This is one of five appeals from the decree in Beechwood avenue, dismissing exceptions and confirming the report of viewers, all of which involved substantially the same questions and were argued together.

For reasons given in an opinion just filed in one of said cases, viz: Roger O'Mara's Appeal, ante, p. 86, the decree in this case is affirmed and appeal dismissed at appellant's costs.

---

## In re Beechwood Avenue. Appeal of William L. Mellon.

Argued Oct. 26, 1899.   Appeal, No. 107, Oct. T., 1899, by William L. Mellon, from order of C. P. No. 3, Allegheny Co., Nov. T., 1898, No. 262, overruling exceptions to report of viewers.   Before STERRETT, C. J., GREEN, MCCOLLUM, MITCHELL, DEAN, FELL and BROWN, JJ.   Affirmed.